C. ADELBERT BECKER, Appellant, *v.* MAGGIE MCCREA et al., Appellants, and ANNIE B. EDDY et al., Respondents.

*Becker* v. *McCrea*, 149 App. Div. 211, affirmed.
(Argued January 29, 1915; decided February 25, 1915.)

APPEAL from a final judgment, entered February 17, 1914, upon an order of the Appellate Division of the Supreme Court in the second judicial department

affirming an interlocutory judgment of Special Term in an action for partition of real property.

*Charles H. Tuttle* for appellants.

*J. Addison Young* and *William S. Beers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER, CARDOZO and SEABURY, JJ.